**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**
**SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER GRANTING DEFENDANT'S** |
| Plaintiff, | ) | **MOTION TO AMEND JUDGMENT** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:08-cr-028 |
| Jeffrey Andahl, | ) | |
| | ) | |
| Defendant. | ) | |

___

Before the Court is the Defendant's Motion to Amend Judgment filed on October 1, 2008. See Docket No. 32. In the judgment entered on September 17, 2008, the Court ordered the defendant, Jeffrey Andahl, to surrender for service of his six-month sentence at Centre, Inc. in Mandan, North Dakota on or before Friday, October 17, 2008, at 1:00 p.m. See Docket No. 28. Andahl moves the Court to amend the judgment to allow him to report to Centre, Inc. on Sunday, October 19, 2008, at 1:00 p.m. due to a prior commitment. Andahl indicates that his probation officer does not object to the later report date.

The Court **GRANTS** Andahl's motion to amend the judgment (Docket No. 32) and **ORDERS** that the judgment (Docket No. 28) be amended to order that Andahl surrender for service at Centre, Inc. on or before Monday, October 20, 2008, at 1:00 p.m.

**IT IS SO ORDERED**.

Dated this 3rd day of October, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court