**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER GRANTING DEFENDANT'S** |
| Plaintiff, | ) | **MOTION TO AMEND JUDGMENT** |
| | ) | |
| vs. | ) | |
| | ) | Case No. 1:08-cr-028 |
| Jeffrey Andahl, | ) | |
| | ) | |
| Defendant. | ) | |

___

Before the Court is the Defendant's Motion to Amend Judgment filed on November 6, 2008. See Docket No. 37. In the amended judgment entered on October 3, 2008, the Court recommended to the Bureau of Prisons that the defendant, Jeffrey Andahl, be given full work release privileges and that he be allowed to continue working on his grandmother's farmstead. See Docket No. 35. Andahl now moves the Court to amend the judgment to also recommend to the Bureau of Prisons that he be allowed to transport his grandmother to and from her medical appointments, as Andahl is his grandmother's primary caretaker. Andahl indicates that his probation officer does not object to the amendment.

The Court **GRANTS** Andahl's motion (Docket No. 37) and **ORDERS** that the judgment (Docket No. 35) again be amended to recommend to the Bureau of Prisons that Andahl be allowed to transport his grandmother to and from her medical appointments.

**IT IS SO ORDERED**.

Dated this 10th day of November, 2008.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, Chief Judge
United States District Court