# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| United States of America, ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| vs. ) | |
| ) | Case No. 1:08-cr-028 |
| Jeffery Andahl, ) | |
| ) | |
| Defendant. ) | |

_____

Before the Court is a "Stipulation of the Parties for Settlement" filed on May 5, 2009. The Court **ADOPTS** the stipulation in its entirety (Docket No. 46) and **ORDERS** the following:

1) The United States of America shall return the following property to claimant Rosemary Andahl:

> Remington Model 550-1, .22 cal. rifle
> Springfield .410 gauge shotgun, SN 7629-2
> Winchester Model 94-30 WCF .30-30 cal. rifle SN 1494381
> Remington, Model 788, .243 cal. rifle, SN B6139564
> Savage, Model 286, .22 cal. rifle, SN A461179
> Winchester,Model 12, 16 gauge shotgun, SN 219629

The property will be returned to Rosemary Andahl, through a federal firearms dealer to be designated by Mrs. Andahl.

2) The United States of America further agrees to return the following property to attorney Ralph A. Vinje:

> Colt, Model AR-15A2, .223 cal. rifle, SN SP 347343

The property will be returned to Ralph A. Vinje, through a federal firearms dealer to be designated by Mr. Vinje.

3) Defendant Jeffrey Andahl and claimant Rosemary Andahl will forfeit the following property:

    Maverick Arms, Model 88, 12 gauge, SN MV56328G
    Ruger, Model 10-22, .22 cal. rifle, SN 253-95920
    Ruger, Model Super Redhawk, .44 cal. revolver, SN 550-36968
    Ruger, Model GP100, .357 cal. revolver, SN 174-35537
    Colt, Model M1991A1, .45 cal. pistol, SN CJ27333
    Beretta, Model 92FS, 9mm pistol, SN BER282695Z
    Heckler and Koch, Model USP, .40 cal. pistol, SN 22-088140
    Colt, Model AR-15A2, .223 cal. rifle, SN SP 347343; and all ammunition.

4) All parties will accept the condition of the firearms and ammunition "as is" and will not make any claim in the future that is inconsistent with this bargained-for settlement.

5) This Court shall retain jurisdiction in this cause for the purpose of enforcing the terms of the agreement.

**IT IS SO ORDERED.**

Dated this 6th day of May, 2009.

                                        */s/ Daniel L. Hovland*
                                        Daniel L. Hovland, Chief Judge
                                        United States District Court